## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

WILLIE ALBERT SMITH,

      Plaintiff,

v.                                        CASE NO. 1:16-cv-00031-MP-GRJ

CLASSIFICATION SUPERVISOR HILL,

      Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 12, 2016. (Doc. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1.     The Magistrate Judge's Report and Recommendation, Doc. 4, is adopted and incorporated by reference in this order.

2.     Plaintiff's motion for leave to proceed as a pauper, Doc. 2, is DENIED.

3.     This case is DISMISSED WITHOUT PREJUDICE pursuant to the three-strikes bar of 28 U.S.C. § 1915(g), and for failure to exhaust administrative remedies.

**DONE AND ORDERED** this   *18ᵗʰ* day of March, 2016

                  *s/Maurice M. Paul*
                  Maurice M. Paul, Senior District Judge